192 So. 596

## HOLDEN v. STATE.

### 6 Div. 523.

Court of Appeals of Alabama.

Dec. 19, 1939.

No attorney marked for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

On the trial of this case the defendant first interposed a plea of not guilty. Subsequently, during the trial, the defendant withdrew his original plea of not guilty and interposed a plea of guilty upon which judgment was rendered.

In the present state of the record, there are no questions prejudicial to the defendant apparent, and the judgment is affirmed.

The judgment is affirmed.

Affirmed.